UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
WILFREDO MATOS and SAUL LOPEZ GONZALEZ,  :
:
Plaintiffs,      :
:        ECF Case
-against-                :        Docket Number 08-CV-0979 (AKH)(THK)
:
738 RESTAURANT CORP.; G. DULI CORP.; GUS  :
DOULIS, individually; JOHN KAPETANOS,  :        **NOTICE OF APPEARANCE**
individually,              :
:
Defendants.    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

     Please enter my appearance on behalf of the Plaintiffs in the above-referenced action.  I certify that I am admitted to practice in this Court.


Dated:  Jackson Heights, New York
       March 5, 2008

                                       Respectfully submitted,

                                            /S/
                                     MAKE THE ROAD NEW YORK, INC.
                                     Attorneys for Plaintiff
                                     By: Elizabeth Wagoner (EW 2101)
                                   71-24 Roosevelt Ave. 2nd Fl.
                                   Jackson Heights, NY 11372
                                   (718) 565-8103 x25