FROM :                    FAX NO. :                                    Apr. 15 2008 03:56PM  P2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/08

Rejected w/out
prejudice. Comply with
Individual Rule 1D.
4-15-08
Alt Hell—

April 15, 2008

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: 212-805-7942

    Re: Matos v. 738 Restaurant Corp. et al, 08-CV-979 (AKH)(THK)

Dear Judge Hellerstein,

   I represent the plaintiffs in the above-titled action. The initial conference in this matter was held on April 4, 2008. A second conference was scheduled for May 2, 2008, by which time the defendants are to have filed an answer in this action.

   I am writing to request an adjournment of the May 2 conference to May 9, or to any other date that pleases the court. None of the attorneys in our office are able to appear on May 2 due to a conflict with a mandatory bi-monthly legal staff meeting.

   Thank you very much for your attention to this matter.

                                       Warm Regards,

                                       Elizabeth Wagoner
                                       718-565-8103 x25

CC:

John Kapetanos
c/o Moonstruck on 58th
250 E. 58th St.
New York, NY 10022

Gus Doulis, *on his own behalf and on behalf of*
738 Restaurant Corp. and G. Duli Corp.
88 Birch Hill
Albertson, NY 11507

www.maketheroadny.org

301 GROVE STREET            49-06 SKILLMAN AVENUE      71-24 ROOSEVELT AVENUE     479 PORT RICHMOND AVENUE
BROOKLYN, NY 11237          WOODSIDE, NY 11377         JACKSON HEIGHTS, NY 11372  STATEN ISLAND, NY 10302
TEL 718 418 7690            TEL 718 565 8500           TEL 718 565 8103           TEL 718 727 1222
FAX 718 418 9635            FAX 454 0646               FAX 718 651 3828           FAX 718 981 8077