UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILFREDO MATOS and SAUL LOPEZ GONZALEZ,

                Plaintiffs,

-against-

738 RESTAURANT CORP., G. DULI CORP.,
GUS DOULIS and JOHN KAPETANOS,

                Defendants.
------------------------------------------------------------------------X

No. 08 CV 979 (AKH)(THK)

**NOTICE OF APPEARANCE**

*Electronically Filed via ECF*

**PLEASE TAKE NOTICE** that Stephen D. Hans of the law firm of Stephen D. Hans & Associates, P.C. hereby appears as counsel for the Defendants 738 RESTAURANT CORP., G. DULI CORP., GUS DOULIS and JOHN KAPETANOS in the above-captioned action.

Dated: Long Island City, New York
        May 6, 2008

                STEPHEN D. HANS & ASSOCIATES, P.C.

                By:   /s/
                    Stephen D. Hans (SH-0798)
                    45-18 Court Square, Suite 403
                    Long Island City, New York 11101
                    Tel: 718.275.6700
                    Fax: 718.275.6704
                    Email: shans@hansassociates.com
                    *Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 6, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Amy E. Carroll, Esq.
MAKE THE ROAD NEW YORK, INC.
301 Grove Street
Brooklyn, New York 11237
Tel: 718.418.7690 x 224
Email: amy.carroll@maketheroadny.org
*Attorneys for the Plaintiffs*

Elizabeth H. Wagoner, Esq.
MAKE THE ROAD NEW YORK, INC.
71-24 Roosevelt Avenue, 2nd Floor
Jackson Heights, New York 11372
Tel: 718.565.8103 x 25
Email: Elizabeth.wagoner@maketheroadny.org
*Attorneys for the Plaintiffs*

  **/s/**
Stephen D. Hans (SH-0798)