# STEPHEN D. HANS & ASSOCIATES

ATTORNEYS AT LAW
45-18 COURT SQUARE, SUITE 403
LONG ISLAND CITY, NEW YORK 11101
SDHLAW@YAHOO.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

TEL: 718.275.6700                                                FAX: 718.997.0829

Nils C. Shillito
nshillito@hansassociates.com

May 6, 2008

VIA FACSIMILE: (212) 805-7942

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007



RECEIVED
MAY 0 6 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Re:   **Matos, et ano. v. 738 Restaurant Corp., et al.**
      **Case No. 08 CV 979 (AKH)(THK)**

Dear Judge Hellerstein:

This firm has just been retained to represent the Defendants in the above matter. Pursuant to Rule 1-D of Your Honor's Individual Rules, I write to request an extension of time **until May 16, 2008** to: (1) answer, move against or otherwise respond to the Plaintiff's Complaint in this matter; and (2) serve Plaintiffs' counsel with required Initial Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

From reviewing the docket report and preliminary discussions with Plaintiffs' counsel, I understand that several extensions of time have already been graciously granted by the Court. With knowledge of these past delays, I respectfully request that Your Honor grant this extension in order to allow representatives from this firm to meet with all of the Defendants and prepare a full and proper response to the Complaint and comprehensive Initial Disclosures.

Plaintiffs' counsel has consented to this request. Additionally, no other deadlines or appearances will be affected by such an extension.

Respectfully Submitted,

Nils C. Shillito (NS-6755)

cc:   Amy Carroll, Esq. (via fax: 718-418-9635)
      Elizabeth Wagoner, Esq. (via fax: 718-651-3828)

So ordered
5/7/08
[signature]