UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILFREDO MATOS and
SAUL LOPEZ GONZALEZ,

                              No. 08 CV 979 (AKH)(THK)

                       Plaintiffs,

        -against-                  **RULE 7.1 CORPORATE**
                                           **DISCLOSURE STATEMENT**

738 RESTAURANT CORP., G. DULI CORP.,
GUS DOULIS and JOHN KAPETANOS,

                              *Electronically Filed via ECF*

                     Defendants.
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants hereby certifies that the Defendant corporation, 738 RESTAURANT CORP., is not owned by any parent corporation, nor does any publicly held corporation own ten percent (10%) or more of its stock.

Dated:  Long Island City, New York
           May 20, 2008

                                STEPHEN D. HANS & ASSOCIATES, P.C.

                                By:   **/s/**
                                     Nils C. Shillito (NS-6755)
                                   45-18 Court Square, Suite 403
                                   Long Island City, New York 11101
                                   Tel: 718.275.6700 x 205
                                   Fax: 718.275.6704
                                   Email: nshillito@hansassociates.com
                                   *Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 20, 2008, I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to:

Amy E. Carroll, Esq.
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, New York 11237
Tel: 718.418.7690 x 224
Email: amy.carroll@maketheroadny.org
*Attorneys for the Plaintiffs*

Elizabeth H. Wagoner, Esq.
MAKE THE ROAD NEW YORK
71-24 Roosevelt Avenue, 2nd Floor
Jackson Heights, New York 11372
Tel: 718.565.8103 x 25
Email: elizabeth.wagoner@maketheroadny.org
*Attorneys for the Plaintiffs*

/s/
Nils C. Shillito (NS-6755)