

July 31, 2008

<u>VIA ECF</u>

The Honorable Theodore H. Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: Matos v. 738 Restaurant Corp. et al, 08-CV-979 (AKH)(THK)*

Dear Judge Katz,

    I represent the plaintiffs in the above-titled FLSA case.  On June 27, 2008, this matter was referred to Your Honor for Settlement by Judge Alvin K. Hellerstein.  I am writing to advise Your Honor that one of my clients will be unavailable due to a medical procedure on several days in August.  In order to facilitate the scheduling of this matter, I would like to provide Your Honor with dates that the plaintiffs are available to appear for a settlement conference.  These dates are: August 15, August 18 – 19, August 21, and September 4 – 5.  We will also make ourselves available on any other date which pleases the court.

                        Warm Regards,

                        \s\

                        Elizabeth Wagoner

CC:
Nils C. Shillito
Stephen D. Hans & Associates, P.C.
nshillito@hansassociates.com
718.275.6700 x 205