**MEMO ENDORSED**

# STEPHEN D. HANS & ASSOCIATES, P.C.
ATTORNEYS AT LAW
45-18 COURT SQUARE, SUITE 403
LONG ISLAND CITY, NEW YORK 11101
WWW.HANSASSOCIATES.COM

TEL: 718.275.6700                                                                                   FAX: 718.275.6704

Nils C. Shillito
Tel: 718.275.6700 x 205
nshillito@hansassociates.com

August 21, 2008

VIA FAX: (212) 805-7932

Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Matos, et ano. v. 738 Restaurant Corp., et al.**
              **Case No. 08 CV 979 (AKH)(THK)**

Dear Judge Katz:

This firm represents the Defendants in the above action. This matter is set for a settlement conference tomorrow morning at 10:00 a.m. However, I have just learned that the Defendants' representative who was scheduled to appear at the conference has apparently forgotten about it and is out of town. As such, he will be unable to appear at the conference tomorrow morning. I have informed Plaintiffs' counsel of this situation by telephone.

On behalf of the Defendants, I humbly request an adjournment of the settlement conference. I sincerely apologize to Your Honor for this eleventh hour notice. I will do everything in my power to ensure that this does *not* happen again.

Respectfully Submitted,

Nils C. Shillito (NS-6755)

NCS/na

cc:    Elizabeth Wagoner, Esq. (via fax: 718-651-3828)

*The conference is adjourned to September 11, 2008 at 2:00 P.M.*

8/21/08  **SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE